Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 3

```
┌─────────────────────────────────┐
│                                 │
│                                 │
│                   Plaintiff,    │          S U M M O N S
│   v.                            │
│                                 │
│   UNITED STATES,                │
│                   Defendant.    │
└─────────────────────────────────┘
```

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. _____
   (Name and standing of plaintiff)

2. _____
   _____
   _____
   (Brief description of contested determination)

3. _____
   (Date of determination)

4. _____
   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney

_____
Date

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

SERVICE OF SUMMONS BY THE CLERK

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Gina Raimondo
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC 2044