| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |

```
AM Stone & Cabinets, Inc.,

                         Plaintiff,                Court No. 24-00243
        v.
United States,

                         Defendant.
```

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: May 22, 2025

David J. Craven, Craven Trade Law LLC

Attorney for Plaintiff

3744 N Ashland

Street Address

Chicago, IL 60613

City, State and Zip Code

773/709-8506

Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____

Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                                Clerk, U. S. Court of International Trade

                                                By: _____
                                                           Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)